LYDIA HAUG, APPELLANT, V. M & N'S AUTO COMPANY, INC., A
NEBRASKA CORPORATION, APPELLEE.

378 N.W.2d 864

Filed January 3, 1986.   No. 84-694.

Lydia Haug, pro se.

James J. Stumpf of Harris, Feldman Law Offices, for
appellee.

KRIVOSHA, C.J., BOSLAUGH, HASTINGS, CAPORALE,
SHANAHAN, and GRANT, JJ., and COLWELL, D.J., Retired.

PER CURIAM.

Appellant, Lydia Haug, brought an action against appellee,
M & N's Auto Company, Inc., a Nebraska corporation,
seeking, among other things, to recover possession of her 1963
Ford Falcon Sprint convertible automobile and to recover
damages for its loss of use and diminution of its value. M & N
counterclaimed, seeking a judgment for its charges or a lien on
the automobile and ongoing storage charges.

Haug had received an estimate of the cost of repairing rust
damage on her 1963 Ford Falcon Sprint convertible automobile
from M & N. Before such repairs were undertaken the
automobile was involved in a collision. Haug then asked M & N
to repair both the rust and collision damage. Although M & N
did so, disputes arose between the parties concerning a variety
of matters. As a consequence, Haug refused to pay M & N's
charges, and M & N retained possession of the automobile.

On the basis of conflicting evidence the trial court entered
judgment that M & N have and recover from Haug the sum of
$1,932, to be paid by September 20, 1984; that M & N retain
possession of the automobile until payment; and that if
payment was not made as aforesaid, M & N have a lien pursuant
to the provisions of Neb. Rev. Stat. § 52-201 (Reissue 1984).

Our review of the record reveals each of Haug's assignments
of error to be without merit. Accordingly, the judgment of the
trial court is affirmed.

AFFIRMED.